UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-02076 |
| | ) | |
| Nicholas Weber | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This cause coming ton to be heard pursuant to the Motion of The Crossings at Franklin Station Condominium Association to modify the automatic stay, and the Condominium Association appearing by counsel, David R. Herzog of Herzog & Schwartz PC., and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1.    The Motion of The Crossings at Franklin Station Condominium Association  to Modify the Automatic Stay is hereby granted.

2.    The Crossings at Franklin Station Condominium Association  is hereby permitted to file its forcible entry and detainer action in respect to the property commonly known as 9670 Franklin Ave., Unit 208, Franklin Park, IL 60131to file its lien on the property and to collect assessments against the Debtor post-petition.

3.    The enforcement of this Order is stayed until 10 days after the date of the entry hereof pursuant to Federal Rules of Bankruptcy Procedure 4001(a)(3).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  October 31, 2012

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600